Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Carnegie Mellon University   v. Marvell Technology Group, Ltd.

No. 14-1492

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   Carnegie Mellon University
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:              Patrick J. McElhinny
Law firm:          K&L Gates LLP
Address:           210 Sixth Avenue
City, State and ZIP: Pittsburgh, PA 15222
Telephone:         (412) 355-6334
Fax #:             (412) 355-6501
E-mail address:    patrick.mcelhinny@klgates.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/30/2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/22/14
Date

_____
Signature of pro se or counsel

cc: _____

123

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2014, the foregoing Entry of Appearance was served on the following counsel of record by U.S. Mail.

Kathleen M. Sullivan
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
kathleensullivan@quinnemanuel.com

By: /s/ Patrick J. McElhinny
Patrick J. McElhinny
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-6334
Fax: (412) 355-6501
Email: patrick.mcelhinny@klgates.com

*Attorney for Plaintiff-Appellee
Carnegie Mellon University*