**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Carnegie Mellon University    v.    Marvell Technology Group, Ltd.

No. 14-1492

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Carnegie Mellon University
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[ ] Appellant    [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | E. Joshua Rosenkranz |
| Law firm: | Orrick, Herrington & Sutcliffe LLP |
| Address: | 51 West 52nd Street |
| City, State and ZIP: | New York, New York 10019 |
| Telephone: | (212) 506-5000 |
| Fax #: | (212) 506-5151 |
| E-mail address: | jrosenkranz@orrick.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): November 30, 2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 5/22/2014 | /s/ E. Joshua Rosenkranz |
| Date | Signature of pro se or counsel |

cc: See attached

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2014, the foregoing Entry of Appearance was served on the following counsel of record by U.S. Mail:

Kathleen M. Sullivan
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
kathleensullivan@quinnemanuel.com
eddefranco@quinnemanuel.com
josephmilowic@quinnemanuel.com

*Counsel for Defendant-Appellant Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc.*

By: /s/ E. Joshua Rosenkranz
E. Joshua Rosenkranz
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Fax: (212) 506-5151
Email: jrosenkranz@orrick.com

*Attorney for Plaintiff-Appellee
Carnegie Mellon University*