14-1492

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
————————

CARNEGIE MELLON UNIVERSITY,

*Plaintiff-Appellee,*

v.

MARVELL TECHNOLOGY GROUP, LTD. AND MARVELL
SEMICONDUCTOR, INC.,

*Defendants-Appellants.*

————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA IN CASE NO. 2:09-CV-00290-NBF,
JUDGE NORA B. FISCHER

**UNOPPOSED MOTION OF PLAINTIFF-APPELLEE CARNEGIE
MELLON UNIVERSITY FOR AN EXTENSION OF TIME TO FILE
ITS ANSWERING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and

Federal Circuit Rule 26(b), Plaintiff-Appellee Carnegie Mellon

University ("CMU") respectfully requests an extension of thirty (30)

days to file its answering brief.  CMU's answering brief is currently due

on September 18, 2014.  If this motion is granted, the brief will be due October 20, 2014.

In support of this motion, CMU states as follows:

1.     This is CMU's first request for an extension of time.

2.     The opening brief of Defendants-Appellants Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc. ("Marvell") was originally due on July 21, 2014.  On June 17, 2014, Marvell sought a fourteen (14) day extension, which this Court granted on June 18, 2014.

3.     On June 26, 2014, Marvell sought a 3,000-word extension to the default 14,000-word limit for its opening brief, which this Court granted on July 18, 2014.

4.     Marvell's opening brief was filed on August 4, 2014.

5.     CMU's answering brief is currently due, without an extension, on September 18, 2014.

6.     This extension is made necessary by the complexity and number of arguments Marvell and its *amici* have raised on appeal. CMU must respond to an extra-length brief by Marvell raising five

separate issues relating to both liability and damages, as well as two *amicus curiae* briefs relating to damages.

7.     This extension is also made necessary by the press of other matters, including matters before this Court.

8.     Mr. E. Joshua Rosenkranz leads the briefing team on this case.  He is also lead counsel for VeriFone in *Cardsoft, LLC v. VeriFone, Inc.*, No. 14-1135 (Fed. Cir.), and will be arguing that case before this Court on September 11, 2014.  On September 8, 2014, he will be filing a petition for certiorari in the U.S. Supreme Court in *Chandler v. United States* (U.S.).  In addition, he will be filing reply briefs in *John Wiley & Sons, Inc. v. Supap Kirtsaeng*, No. 14-344 (2d Cir.) and *In re Herald & Steadman*, No. 14-131 (U.S.), on September 11 and September 25, 2014, respectively.

9.     Mr. Eric A. Shumsky also represents CMU in this matter. He is also counsel for DIRECTV in *DIRECTV, Inc. v. Fla. Dep't of Revenue*, No. 05-CA-1037(Fla. Dist. Ct. App.), set for oral argument on September 17, 2014.

10.     This motion is being filed more than seven (7) calendar days before the original due date for the brief.  *See* Fed. Cir. R. 26(b)(1).

3

11. Counsel for CMU has conferred with counsel for Marvell. Marvell's counsel consents to CMU's request for a 30-day extension of time to file its answering brief.

## CONCLUSION

For the foregoing reasons, the Court should grant CMU's unopposed motion for a 30-day extension (to October 20, 2014) to file its answering brief.

Dated: August 27, 2014

Respectfully submitted,

By: /s/ E. Joshua Rosenkranz
E. Joshua Rosenkranz
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: jrosenkranz@orrick.com

Patrick J. McElhinny
K & L GATES LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-6334
Email: patrickmcelhinny@klgates.com

*Attorneys for Plaintiff-Appellee*
*Carnegie Mellon University*

4

# CERTIFICATE OF INTEREST

Counsel for plaintiff-appellee certifies the following:

1.    We represent Carnegie Mellon University

2.    That is the real name of the real party in interest.

3.    All parent corporations and any publicly held companies

that own 10 percent or more of the stock of Carnegie Mellon University:

NONE

4.    The following law firms and partners or associates appeared

for Carnegie Mellon University in the United States District Court for

the Western District of Pennsylvania or are expected to appear in this

Court:

K&L GATES LLP
Theodore J. Angelis, Roberto Capriotti, Douglas B. Greenswag, Eliza K.
Hall, Mark G. Knedeisen, David T. McDonald, Patrick J. McElhinny,
Joseph J. Porcello, Nicola J. Templeton, Christopher M. Verdini, Daniel
H. Royalty (no longer with firm), Gregory F. Wesner (no longer with
firm)

ORRICK, HERRINGTON & SUTCLIFFE LLP
Christopher J. Cariello, Bas de Blank, Derek F. Knerr, Scott T.
Lonardo, Rachel M. McKenzie, Amisha R. Patel, Mary Kelly Persyn, E.
Joshua Rosenkranz, Eric A. Shumsky

Date: August 27, 2014

/s/ E. Joshua Rosenkranz
E. Joshua Rosenkranz
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: jrosenkranz@orrick.com

*Attorney for Plaintiff-Appellee*
*Carnegie Mellon University*

14-1492

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

───────────────

CARNEGIE MELLON UNIVERSITY,

*Plaintiff-Appellee,*

v.

MARVELL TECHNOLOGY GROUP, LTD. AND MARVELL
SEMICONDUCTOR, INC.,

*Defendants-Appellants.*

───────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA IN CASE NO. 2:09-CV-00290-NBF,
JUDGE NORA B. FISCHER

## DECLARATION OF E. JOSHUA ROSENKRANZ IN SUPPORT OF PLAINTIFF-APPELLEE CARNEGIE MELLON UNIVERSITY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS ANSWERING BRIEF

I, E. Joshua Rosenkranz, hereby declare:

1.      I am a member of the firm Orrick, Herrington & Sutcliffe

LLP, counsel for Plaintiff-Appellee Carnegie Mellon University

("CMU").  I have personal knowledge of the matters set forth herein.

2.     I submit this declaration in support of CMU's motion for a 30-day extension of time to file its answering brief.  This is CMU's first extension request in this appeal.

3.     This extension is made necessary by the complexity and number of arguments Defendants-Appellants Marvell Technology Group, Ltd. and Marvell Semiconductor, Inc. ("Marvell") and their *amici* have raised on appeal.  CMU must respond to an extra-length brief by Marvell raising five separate issues relating to both liability and damages, as well as two *amicus curiae* briefs relating to damages.

4.     This extension is also made necessary by the press of other matters, including matters before this Court.

5.     I lead the briefing team on this case.  I am also lead counsel for VeriFone in *Cardsoft, LLC v. VeriFone, Inc.*, No. 14-1135 (Fed. Cir.), and will be arguing that case before this Court on September 11, 2014. On September 8, 2014, I will be filing a petition for certiorari in the U.S. Supreme Court in *Chandler v. United States* (U.S.).  In addition, I will be filing reply briefs in *John Wiley & Sons, Inc. v. Supap Kirtsaeng*, No. 14-344 (2d Cir.) and *In re Herald & Steadman*, No. 14-131 (U.S.), on September 11 and September 25, 2014, respectively.

2

6.    My colleague, Eric A. Shumsky, also represents CMU in this matter.  He is also counsel for DIRECTV in *DIRECTV, Inc. v. Fla. Dep't of Revenue*, No. 05-CA-1037(Fla. Dist. Ct. App.), set for oral argument on September 17, 2014.

7.    On August 26, 2014, Mr. Derek Shaffer, counsel for Marvell, communicated to me by email that Marvell consents to CMU's request for a 30-day extension of time to file its answering brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:     August 27, 2014, in New York, NY.

/s/ E. Joshua Rosenkranz
E. Joshua Rosenkranz
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Fax: (212) 506-5151
jrosenkranz@orrick.com

*Attorney for Plaintiff-Appellee*
*Carnegie Mellon University*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2014, I caused the

foregoing document to be electronically filed with the Clerk of the Court

using CM/ECF, which will automatically send notification of such filing

to all registered users.

/s/ E. Joshua Rosenkranz
E. Joshua Rosenkranz
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: jrosenkranz@orrick.com

*Attorney for Plaintiff-Appellee*
*Carnegie Mellon University*